FILED
SEP 13 1999
CLERK, US DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHLAND CASUALTY COMPANY, a corporation,<br><br>PLAINTIFF<br>v.<br>WESCAL YACHTS, INC., a corporation; THE ESTATE OF LLOYD BROWN, a deceased individual; BEST MARINE, an organization whose form is unknown; JERRY HARDEN, an individual; KENNETH R. BUCK, an individual,<br><br>DEFENDANTS. | CASE NUMBER<br><br>**CV 99-03172 DDP (RNBx)**<br><br>NOTICE AND REQUEST OF SETTLEMENT PROCEDURE SELECTION |

Pursuant to Local Rule 23.3, the parties recommend that the Court approve the following settlement procedure:

☐ 23.5.1 - SETTLEMENT PROCEDURE NO. 1 - The parties shall appear before the *(check one)*:
☐ district judge   *or*   ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ 23.5.2 - SETTLEMENT PROCEDURE NO. 2 - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☒ 23.5.3 - SETTLEMENT PROCEDURE NO. 3 - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

☐ 23.5.4 - SETTLEMENT PROCEDURE NO. 4 - The parties shall appear before a district judge or magistrate judge selected at random from the Judicial Civil Settlement Panel for all further settlement proceedings.

Dated: 9/13/99        By: _____
                                Attorney For Plaintiff

Dated: _____        By: _____
                                Attorney For Plaintiff

Dated: 9/13/99        By: _____
                                Attorney For Defendant

Dated: 9/13/99        By: _____
                                Attorney For Defendant

**IT IS SO ORDERED**, the above request is:
☒ APPROVED
☐ DENIED; **IT IS FURTHER ORDERED** that the Settlement Procedure shall be as follows:

Dated: 9-13-99        _____
                                Dean D. Pregerson, United States District Judge

ENTERED ON ICMS
SEP 15 1999

Courtroom deputy to serve:
Attorney Settlement Officer Panel Coordinator
All counsel of record

ADR-1 (9/98)         NOTICE AND REQUEST OF SETTLEMENT PROCEDURE SELECTION