THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK, U.S. DISTRICT COURT
AUG - 2 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
AUG - 2 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

✓ Priority
✓ Send
___ Clsd
✓ Enter
✓ ~~JS-5~~/JS-6
___ JS-2/JS-3
___ Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHLAND CASUALTY COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WESCAL YACHTS, INC., a corporation; THE ESTATE OF LLOYD BROWN, a deceased individual; BEST MARINE, an organization whose form is unknown; JERRY HARDEN, an individual; ~~KENNETH R. BUCK, an individual~~,<br><br>　　　　Defendants. | Case No. CV 99-03172 DDP (RNBx)<br><br>**ORDER OF DISMISSAL** |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: August 2, 2000

_/s/ Dean D. Pregerson_
DEAN D. PREGERSON
United States District Judge

ENTERED ON ICMS
AUG - 2 2000
CV

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / ~~JS - 3~~
___ CLSD

40